IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

———————————————

No. 14-12502-CC

———————————————

PURCHASING POWER, LLC,

Plaintiff-Appellant,

versus

BLUESTEM BRANDS, INC.,

Defendant-Appellee.

———————————————

Appeal from the United States District Court
for the Northern District of Georgia

———————————————

Before: MARCUS, WILSON and MARTIN, Circuit Judges.

BY THE COURT:

We VACATE the judgment in this case and REMAND with instructions for the district court to remand the case to state court because, as the district court concluded, the parties were not completely diverse. *See Lincoln Prop. Co. v. Roche*, 546 U.S. 81, 89, 126 S.Ct. 606, 613, 163 L.Ed.2d 415 (2005); *Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C.*, 374 F.3d 1020, 1022 (11th Cir. 2004).